UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

STANLEY WILLIAMS,

        Petitioner,         Case No. 1:13-cv-11

v.

        Honorable Paul L. Maloney

MICHIGAN DEPARTMENT OF
PAROLE BOARD MEMBERS,

        Respondents.
_____/

## **JUDGMENT**

For the reasons set forth in the Order issued on this date:

**IT IS ORDERED** that the captioned case be and hereby is **DISMISSED** without prejudice.


Dated:   March 1, 2013            /s/ Paul L. Maloney
                                                               Paul L. Maloney
                                                               Chief United States District Judge