UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STANLEY WILLIAMS,

        Petitioner,        Case No. 1:13-cv-11

v.        Honorable Paul L. Maloney

MICHIGAN DEPARTMENT OF
PAROLE BOARD MEMBERS,

        Respondent.
_____/

## ORDER

In accordance with the Opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated:  March 27, 2013        /s/ Paul L. Maloney
                                                                      Paul L. Maloney
                                                                      Chief United States District Judge