UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STANLEY WILLIAMS,

        Petitioner,        Case No. 1:13-cv-11

v.        Honorable Paul L. Maloney

MICHIGAN DEPARTMENT OF
PAROLE BOARD MEMBERS,

        Respondent.
_____/

## JUDGMENT

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's application for habeas corpus relief be **DISMISSED** with prejudice pursuant to Rule 4 of the Rules Governing § 2254 Cases because it fails to raise a meritorious federal claim.

Dated:   March 27, 2013        /s/ Paul L. Maloney
        Paul L. Maloney
        Chief United States District Judge